UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-60587-CIV-SMITH

HOWARD COHAN,

    Plaintiff,

v.

KIDS PETROL CORP.,

    Defendant.
_____/

### ORDER OF DISMISSAL

This matter is before the Court on Plaintiff's Notice of Voluntary Dismissal with Prejudice [DE 18]. Upon consideration, it is

**ORDERED** that:

1. Plaintiff's claims against Defendant are **DISMISSED with prejudice**.
2. This case is **CLOSED**.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 7th day of June, 2024.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc: counsel of record